IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00175-RPM, Baetz v. U.S.A.
(Criminal Action No. 03-cr-00232-RPM)

UNITED STATES OF AMERICA,

    Respondent,

v.

DOUGLAS R. BAETZ,

    Movant.

_____

## JUDGMENT
_____

Pursuant to the Order of Dismissal entered by Senior Judge Richard P. Matsch on December 19th, 2012, it is

ORDERED AND ADJUDGED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 1616] is denied and Civil Action No. 12-cv-00175-RPM is dismissed.

DATED: December 19th, 2012

                      FOR THE COURT:

                      JEFFREY P. COLWELL, Clerk

                          s/M. V. Wentz
                      By_____
                                Deputy